## STATEWIDE GRIEVANCE COMMITTEE *v.* SAMUEL E. DIXON, JR.
### (AC 18977)

Mihalakos, Zarella and O'Connell, Js.

Submitted on briefs March 20—officially released April 25, 2000

Per Curiam. The judgment is affirmed.

## BEN GYADU *v.* FLEET MORTGAGE GROUP, INC., ET AL.
### (AC 19627)

Foti, Mihalakos and Zarella, Js.

Submitted on briefs March 22—officially released April 25, 2000

Per Curiam. The judgment is affirmed.

## JOHN DELGARDO *v.* ARRA CONSTRUCTION ET AL.
### (AC 20032)

Foti, Mihalakos and Zarella, Js.

Submitted on briefs March 22—officially released April 25, 2000

Per Curiam. The decision of the workers' compensation review board is affirmed.